# IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

BIANCA A. HUGHLEY,

Plaintiff,

v.                                                    Civil No. 1:25-cv-02705-BAH

BALTIMORE COUNTY, MD, et al.,

Defendants.

# PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a)

Plaintiff Bianca A. Hughley respectfully requests that the Clerk enter default against the following Defendants pursuant to Federal Rule of Civil Procedure 55(a):

- Baltimore County, Maryland

- Robert Brown

- Jesse Callas

- Brandon Greely

- Eliot M. Latchaw

- Kevin Warren Lehnert

- Ian Morrisey

- Melissa Hyatt

## 1. Service of Process

As reflected on the docket (Summons Returned Executed by U.S. Marshals Service), each of the above-named Defendants was properly served as follows:

- Baltimore County, Maryland – served March 20, 2026 (Answer due April 10, 2026)

- Robert Brown – served March 19, 2026 (Answer due April 9, 2026)

- Jesse Callas – served March 19, 2026 (Answer due April 9, 2026)

- Brandon Greely – served March 19, 2026 (Answer due April 9, 2026)

- Eliot M. Latchaw – served March 19, 2026 (Answer due April 9, 2026)

- Kevin Warren Lehnert – served March 19, 2026 (Answer due April 9, 2026)

- Ian Morrisey – served March 20, 2026 (Answer due April 10, 2026)

- Melissa Hyatt – served March 20, 2026 (Answer due April 10, 2026)

## 2. Failure to Plead or Otherwise Defend

More than twenty-one (21) days have elapsed since service of process upon each of the above Defendants. To date, these Defendants have failed to file an Answer, Motion, or otherwise plead or defend this action.

## 3. Military Status

Plaintiff certifies, upon information and belief, that the above-named Defendants are not in active military service within the meaning of the Servicemembers Civil Relief Act, 50 U.S.C. § 3931, or that Plaintiff is unable to determine their military status after reasonable inquiry.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against the

above-named Defendants pursuant to Federal Rule of Civil Procedure 55(a).

Respectfully submitted,

Bianca A. Hughley

Plaintiff, Pro Se

April 14, 2026

# CERTIFICATE OF SERVICE

I hereby certify that on this 14ᵗʰ day of April, 2026, a copy of the foregoing Request for Entry of

Default was served via the Court's electronic filing system and/or by first-class mail upon all

parties entitled to notice.

Respectfully Submitted,

Bianca A. Hughley

April 14, 2026